IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Crescent Naima Parker a/k/a Crescent Brown<br>    Debtor,<br><br>Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>Crescent Naima Parker a/k/a Crescent Brown<br>    Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-00034-pmm<br><br>CHAPTER 13 |

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Nationstar Mortgage LLC has filed a Motion to Dismiss Debtor' Petition with Prejudice

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 29, 2023 you or your attorney must do <u>all</u> of the following:

    (a)    file an Answer explaining your position at United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

If you mail your Answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to Movant's attorney:
    Christopher A. DeNardo 78447
    Lorraine Gazzara Doyle  34576
    LOGS Legal Group LLP
    3600 Horizon Drive, Suite 150
    King of Prussia, PA 19406

          (610) 278-6800
          logsecf@logs.com

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the HONORABLE PATRICIA M. MAYER on **August 23, 2023**, at **9:30 AM** in Courtroom #___1_____, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

Date:  June 14, 2023                                              S&D File #22-066814