# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Crescent Naima Parker, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 23-10488 (PMM) |
| | : | |
| Crescent Naima Parker | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 23-0034 (PMM) |
| Nationstar Mortgage LLC, | : | |
| | : | |
| Defendant. | : | |

-------------------------------

## ORDER REGARDING MOTION TO DISMISS

**AND NOW**, upon consideration of the Defendant's Motion to Dismiss the Amended Complaint (doc. #14, the "Motion"):

It is hereby **ORDERED** that:

1) The Plaintiff must file a response to the Motion on or before **July 7, 2023**; and

2) The Defendant may file a reply to the Response, if she chooses, on or before **July 24, 2023**.

3) The hearing scheduled by the Defendant for August 23, 2023 is **canceled**.

Dated: 6/15/23

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge