**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Crescent Naima Parker,<br><br>    Debtor. | Case No. 23-10488-pmm<br><br>Chapter 13 |
| Crescent Naima Parker,<br><br>    Plaintiff,<br><br>v.<br><br>Nationstar Mortgage LLC,<br><br>    Defendant. | Adversary No. 23-00034-pmm<br><br>Related to ECF No. 38 |

**Consent Order Granting Plaintiff's Motion to Extend Time to File Stipulation**

 **AND NOW**, upon consideration of the Plaintiff's Motion to Extend Time to File Stipulation, with proper notes and good cause shown, and with the consent of all parties to this action by and through their respective attorneys, it is hereby **ORDERED** that the time to file a stipulation consistent with L.B.R. 7041-1(b) is **EXTENDED** to November 30, 2023.

Date: _____

                 Patricia M. Mayer
                 U.S. Bankruptcy Judge

We consent to the form and entry of this order.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Plaintiff* | LOGS LEGAL GROUP LLP<br>*Counsel for Defendant* |
| By:/s/ Michael I. Assad<br> Michael I. Assad<br> Attorney ID 330937<br> 1500 Walnut Street, Suite 900<br> Philadelphia, PA 19102<br> 215-735-1060<br> mail@cibiklaw.com | By:/s/ Leslie J. Rase<br> Leslie J. Rase<br> Attorney ID 58365<br> 3600 Horizon Drive, Suite 150<br> King of Prussia, PA 19406<br> 610-278-6800<br> logsecf@logs.com |