**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Crescent Naima Parker,<br><br>    Debtor. | Case No. 23-10488-pmm<br><br>Chapter 13 |
| Crescent Naima Parker,<br><br>    Plaintiff,<br><br>v.<br><br>Nationstar Mortgage LLC,<br><br>    Defendant. | Adversary No. 23-00034-pmm |

**Order Granting Plaintiff's Motion to Extend Time to File Stipulation**

**AND NOW**, upon consideration of the Plaintiff's Motion to Extend Time to File Stipulation, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. The time to file a stipulation consistent with L.B.R. 7041-1(b) is **EXTENDED** to November 30, 2023.

Date: **November 15, 2023**

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge