**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Crescent Naima Parker,<br><br>        Debtor. | Case No. 23-10488-pmm<br><br>Chapter 13 |
| Crescent Naima Parker,<br><br>        Plaintiff,<br><br>v.<br><br>Nationstar Mortgage LLC,<br><br>        Defendant. | Adversary No. 23-00034-pmm |

**AMENDED**

**Stipulation of Settlement and Dismissal**

      **AND NOW**, on this 18th day of October 2023, Plaintiff Crescent Naima Parker and Defendant Nationstar Mortgage LLC, by and through their undersigned attorneys, state as follows:

      **WHEREAS**, the Plaintiff filed a Complaint for Sanctions for Violation of the Automatic Stay ("Complaint"), alleging that the Defendant violated the automatic stay;

      **WHEREAS**, the Defendant denies the allegations; and

      **WHEREAS**, notwithstanding the merits of their respective positions, the parties believe that it is in their best interests to avoid further litigation of this matter.

      **NOW, THEREFORE, BE IT STIPULATED**:

      1.     The Defendant agrees to remit funds in the total amount of $3,000.00 to the Plaintiff to resolve the allegations contained in Plaintiff's Complaint. The Plaintiff acknowledges, understands and agrees that Chase cannot make the Payment without the completed Form W-9 referenced above. The Payment shall be made by check payable to Crescent Naima Parker and shall be delivered to Mike Assad, Esquire, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102

2. The funds will be remitted to Cibik Law's address of record within thirty days of the entry of this stipulation.

3. The Plaintiff acknowledges that the Defendant's fulfillment of the provisions of this stipulation fully resolves all allegations and potential damages associated with the underlying matter.

4. The parties agree that this matter is hereby **SETTLED**.

5. The Parties respectfully request that the Court enter an order approving this Stipulation, dismissing this case with prejudice, and providing any other remedy consistent with the agreement between the parties.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Plaintiff* | LOGS LEGAL GROUP LLP<br>*Counsel for Defendant* |
| By:/s/ Michael I. Assad<br>　Michael I. Assad<br>　Attorney ID 330937<br>　1500 Walnut Street, Suite 900<br>　Philadelphia, PA 19102<br>　215-735-1060<br>　mail@cibiklaw.com | By:/s/Leslie J. Rase<br>　Leslie J. Rase<br>　Attorney ID 58365<br>　3600 Horizon Drive, Suite 150<br>　King of Prussia, PA 19406<br>　610-278-6800<br>　logsecf@logs.com |

**Order Approving Stipulation**

**AND NOW**, upon consideration of the Stipulation of Settlement and Dismissal, it is hereby **ORDERED** that:

1. The stipulation is **APPROVED**.

2. All terms of the stipulation are incorporated herein by reference and will form a part of this Order as if set forth in their entirety.

3. This case is **DISMISSED    WITH PREJUDICE**.

Date:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge