United States Bankruptcy Court

Eastern District of Pennsylvania

Parker,
    Plaintiff

Nationstar Mortgage LLC,
    Defendant

Adv. Proc. No. 23-00034-pmm

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Nov 20, 2023      Form ID: pdf900      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Crescent Naima Parker, 30 W Parkway Ave, Chester, PA 19013-5008 |
| md | + | Howard Gershman (Mediator), 135 Old York Road, Jenkintown, PA 19046-3617 |
| md | + | Howard Gershman, Esq., Gershman Law Offices, PC, 610 York Rd Ste 200, Jenkintown, PA 19046-2867 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 21 2023 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 21 2023 00:48:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| dft | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2023 00:48:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com |
| HOWARD GERSHMAN | on behalf of Mediator Howard Gershman (Mediator) hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| LESLIE J. RASE | on behalf of Defendant Nationstar Mortgage LLC logsecf@logs.com lerase@logs.com |
| MICHAEL I. ASSAD | on behalf of Plaintiff Crescent Naima Parker mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Crescent Naima Parker,<br>        Debtor. | Case No. 23-10488-pmm<br>Chapter 13 |
| Crescent Naima Parker,<br>        Plaintiff,<br>v.<br>Nationstar Mortgage LLC,<br>        Defendant. | Adversary No. 23-00034-pmm |

**Stipulation of Settlement and Dismissal**

**AND NOW**, on this 18th day of October 2023, Plaintiff Crescent Naima Parker and Defendant Nationstar Mortgage LLC, by and through their undersigned attorneys, state as follows:

**WHEREAS**, the Plaintiff filed a Complaint for Sanctions for Violation of the Automatic Stay, alleging that the Defendant violated the automatic stay;

**WHEREAS**, the Defendant denies the allegations; and

**WHEREAS**, notwithstanding the merits of their respective positions, the parties believe that it is in their best interests to avoid further litigation of this matter.

**NOW, THEREFORE, BE IT STIPULATED**:

1. The Defendant agrees to remit funds in the total amount of $3,000.00 to the Plaintiff for damages.

2. The funds will be remitted to Cibik Law's address of record within thirty days of the entry of this stipulation.

3. The Plaintiff acknowledges that the Defendant's fulfillment of the provisions of this stipulation fully resolves all damages and potential damages associated with the underlying matter.

4. The parties agree that this matter is hereby **SETTLED**.

5. The Parties respectfully request that the Court enter an order approving this Stipulation, dismissing this case with prejudice, and providing any other remedy consistent with the agreement between the parties.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Plaintiff* | LOGS LEGAL GROUP LLP<br>*Counsel for Defendant* |
| By:/s/ Michael I. Assad<br>   Michael I. Assad<br>   Attorney ID 330937<br>   1500 Walnut Street, Suite 900<br>   Philadelphia, PA 19102<br>   215-735-1060<br>   mail@cibiklaw.com | By:/s/ Leslie J. Rase<br>   Leslie J. Rase<br>   Attorney ID 58365<br>   3600 Horizon Drive, Suite 150<br>   King of Prussia, PA 19406<br>   610-278-6800<br>   logsecf@logs.com |

### Order Approving Stipulation

**AND NOW**, upon consideration of the Stipulation of Settlement and Dismissal, it is hereby **ORDERED** that:

1. The stipulation is **APPROVED**.

2. All terms of the stipulation are incorporated herein by reference and will form a part of this Order as if set forth in their entirety.

3. This case is **DISMISSED WITH PREJUDICE**.

Date: **November 20, 2023**

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge